# CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE **FEDERICO A. MORENO** Presiding

Case No. **14-21384-CV-MORENO**  Date: **March 3, 2015**

Clerk: **Shirley Christie**  Reporter: **Gilda Pastor-Hernandez**

**Cireco-Loudon, et al v. Green Tree Servicing, LLC et al.**

Reason for hearing: **Motion Hearing**

TIME:   30 minutes