UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 14-21384-CIV-MORENO

RENATA CIRCEO-LOUDON and LOUIS J. CIRCEO, on behalf of themselves and all others similarly situated,

    Plaintiffs,

vs.

GREEN TREE SERVICING, LLC, GREEN TREE INSURANCE AGENCY, INC., and AMERICAN RELIABLE INSURANCE COMPANY,

    Defendants.
_____/

## ORDER DENYING MOTION TO FILE UNDER SEAL

THIS CAUSE came before the Court upon Plaintiffs' Motion to File Under Seal (D.E. No. 86), filed on July 6, 2015.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion to file under seal is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th day of July, 2015.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record