EXHIBITC

1

1      UNITED STATES DISTRICT COURT
2      SOUTHERN DISTRICT OF FLORIDA
3
4  RENATA CIRCEO-LOUDON and
   LOUIS J. CIRCEO, on behalf of
5  themselves and all others
   similarly situated,
6                                No. 1:14-cv-21384
           Plaintiffs,
7
        vs.
8
   GREEN TREE SERVICING, LLC,
9  GREEN TREE INSURANCE AGENCY,
   INC., ASSURANT, INC., and
10 AMERICAN RELIABLE INSURANCE
   COMPANY,
11
           Defendants.
12 _____/
13
14
15
       Videotaped Federal Rule 30(b)(6) deposition of
16
      GREEN TREE SERVICING, LLC, by ANDREW JESKA
17
             San Francisco, California
18
           Tuesday, September 30, 2014
19
20
21
22
23 REPORTED BY:
24 LESLIE ROCKWOOD, RPR, CSR 3462
25 Pages 1 - 337                    Job No. 1925111

42

1  insurance?

2          MR. KEMP:  Object that it lacks foundation.

3          THE WITNESS:  I know there's a compliance

4  department.  I don't know the exact individuals who

5  certainly work with the lender-placed insurance process.

6      Q.  BY MR. NEARY:  Do you know who the head of the

7  compliance department is?

8      A.  I believe Dan Collins.

9      Q.  When you say "compliance department," is that

10 referring to compliance with the investor -- investor

11 requirements, is that what that's referring to?

12     A.  No.

13     Q.  What is a compliance -- compliance with what?

14     A.  All of the servicing requirements as it relates

15 to LPI is what we work with them on, but collecting,

16 foreclosures, everything you would do as a servicer.

17     Q.  Okay.  Do you know how many loans that Green

18 Tree Servicing services?

19     A.  Today it's just under 2 million.

20     Q.  Does anyone at Green Tree Servicing have

21 involvement with the Assurant companies regarding

22 lender-placed insurance?

23         MR. KEMP:  Object that it's vague and ambiguous.

24         THE WITNESS:  The relationship is managed

25 through the Agency, but indirectly the servicing company,

57

1 that is required that is an ongoing practice.

2      Q.   BY MR. NEARY:  Okay.  But more specifically --

3 and again, we can refer to the plaintiffs here or any

4 borrower's voluntary insurance lapse.  Does Green Tree

5 Insurance Agency do anything specific once that lapses

6 for lender-placed insurance regarding the specific

7 borrower?

8           MR. KEMP:  Object that it calls for speculation,

9 calls for a narrative, asked and answered.

10           THE WITNESS:  Again, the processes that we set

11 up previously allow for an automated event to trigger the

12 lender placement that does not require an individual

13 review.

14      Q.   BY MR. NEARY:  So Green Tree Insurance Agency,

15 they don't go out and look for a policy for a borrower to

16 put on the lender placed on the home, do they?

17      A.   Individual accounts, no.  The overall process,

18 we were involved in that in the selection of Assurant to

19 do that.

20      Q.   So back in 2004, Green Tree Insurance Agency was

21 involved in the selection of Assurant for those

22 processes?

23      A.   Absolutely.

24      Q.   Okay.  But now -- now that those processes are

25 in place, once a borrower's voluntary insurance lapses,

96

1      Q.  You had said earlier that Green Tree Servicing

2 was doing its own tracking at some point?

3      A.  Yes, sir.

4      Q.  Was that just for the manufactured homes?

5      A.  Yes, sir.

6      Q.  Did Green Tree Servicing at some point start

7 acquiring more site-built loans?

8      A.  Yes.

9      Q.  Was it in or around this time?

10      A.  A bit after this time, right.

REDACTED

# REDACTED

```
 8        Q.   BY MR. NEARY:  So all loans that are tracked and
 9   placed by Assurant, they are also the exclusive provider
10   of the lender-placed policies; is that correct?
11             MR. CLAYMAN:  Object to the form.
12             MR. KEMP:  Object that it calls for a legal
13   conclusion.
14             THE WITNESS:  Can you restate it?
15        Q.   BY MR. NEARY:  Sure.  So I think you had just
16   said, and maybe -- correct me if I'm wrong, that for all
17   loans that are tracked by Assurant, they're also the
18   exclusive lender-placed insurance provider?
19        A.   I didn't say tracked by Assurant.  My indication
20   was that this suggests that any loan that is tracked --
21   requires tracking and may require forced placement --
22   any -- any loan that requires tracking and may require
23   lender-placed insurance would be placed through Assurant.
24        Q.   And so would -- would any loans -- the loans
25   that require tracking, that would be -- would it be all
```

124

REDACTED

125

# REDACTED

145

REDACTED

166

1  letters a little bit later.  But that's -- that's the

2  address indicated on the letters?

3      A.   Yes, sir.

4      Q.   That's an Assurant address?

5      A.   Assurant works that information.  It states,

6  "Green Tree."  It's supposed to be transparent to the

7  customer.

8      Q.   What is supposed to be transparent?

9      A.   That -- whether they're dealing with Assurant or

10  Green Tree.

11     Q.   So back up, then.

12          The actual address on the letters is an Assurant

13  address?

14     A.   Assurant handles the mail that goes there, yes,

15  sir.

16     Q.   Okay.  But how was that apparent to the

17  customer, that that's an Assurant address?

18     A.   It's not.

19          MR. KEMP:  Objection.  Calls for speculation.

20     Q.   BY MR. NEARY:  You said it's not?

21     A.   It's not.

22     Q.   But didn't you just say it was supposed to be

23  transparent who they're dealing with?

24     A.   No.  It's supposed to -- my indication was

25  that -- that as a Green Tree loan, the customer is

167

1  supposed to -- they're not supposed to be able to see --
2  they're not -- it has a Green Tree logo and a Green Tree
3  name on it.

4         The -- the loan documents that they have
5  obligates them to provide it to Green Tree.  And the fact
6  that it's been outsourced to Assurant isn't necessarily
7  evident to a customer.

8      Q.   Okay.  Do you know if the Assurant companies
9  include the costs of this insurance tracking to the -- in
10 the amounts that's charged for the lender-placed
11 insurance?

12         MR. NEARY:  Objection.  Predicate, legal
13 conclusion.

14         THE WITNESS:  Please restate the question.

REDACTED

195

REDACTED

198

1      A.   Yes, sir.

2      Q.   Do you know if any of these are lender-placed

3  insurance for residential homes?

4      A.   They would not be.

5      Q.   Is there somewhere in the agreement where

6  that -- the lender-placed insurance for residential homes

7  is added, that you know of?

8      A.   Not that I'm aware of.

9          MR. NEARY:  Okay.  We're going to have to take

10 another quick five-minute break, because this exhibit is

11 out of order.

12         MR. KEMP:  Okay.

13         (Recess.)

14         (Exhibit 9, Addendum to Collection Agreement,

15         Green Tree/Circeo 000459 - 378, marked for

16         identification.)

17     Q.   BY MR. NEARY:  Before we turn to Exhibit 9, very

18 quickly I wanted to go over something you mentioned, that

19 there's a master policy specifically.

20         Is there -- is that a document -- is there a

21 document that's a master lender-placed insurance policy?

22     A.   I believe so.

23     Q.   And does that document refer to the portfolio of

24 loans being covered?

25     A.   I think it just refers to Green Tree Servicing's

199

1 being covered for properties as assigned or as issued on

2 that policy, as I understand.

3     Q.  So in a -- in a sense, it would be -- it's

4 covering any loans within the portfolio where a

5 certificate of lender-placed insurance needs to be

6 issued?

7     A.  To my understanding, yes, sir.

8     Q.  Okay.  And is -- is that one master policy

9 that's covering the whole entire residential loans, the

10 1.5 million?

11         MR. KEMP:  Object that it's vague and ambiguous.

12         THE WITNESS:  My understanding is there's

13 individual master policies by product.  So any state now

14 that has MIP, as we discussed, would have one master

15 policy.

16     Q.  BY MR. NEARY:  And so at this point, there's

17 only the two products, MIP and MSP; is that correct?

18     A.  It's my understanding, yes, sir.

19     Q.  So there's -- all the states, there's one for

20 the MIP, and then there's one for the MSP?

21     A.  I believe so.

22     Q.  Do you know prior to those -- to those two, was

23 there -- was there a different master policy for the

24 prior product?

25     A.  My understanding would be there would be a

231

REDACTED

235

REDACTED

236

REDACTED



238

REDACTED

302

**REDACTED**

```
15      Q.  BY MR. NEARY:  Okay.  So when the lender-placed
16 insurance is placed on a borrower or placed on the
17 plaintiffs here, I want to get specifically into Green
18 Tree Insurance's role.
19          Do they -- do they -- are they notifying
20 Assurant that the policy -- the borrower's policy has
21 lapsed or the named plaintiff's policy lapsed?
22      A.  No, sir.
23      Q.  That's something that's done by Assurant?
24      A.  The insurance companies send information to
25 Assurant based on the Post Office Box we have designated.
```

303

1       Q.   Okay.  Does Green Tree Insurance have any

2   involvement in setting the -- the cost of the

3   lender-placed insurance?

4       A.   No, sir.

5       Q.   Do they have any contact -- do they have any

6   contact with the plaintiffs here when the lender-placed

7   insurance lapsed?

8       A.   No, sir.

9       Q.   Do they have any direct contact with any of the

10  borrowers when their lender-placed insurance lapses?

11      A.   No, sir.

12      Q.   Do you know if Green Tree has any contact with

13  anyone at Assurant, Incorporated, specifically?

14          MR. KEMP:   Object as vague.

15      Q.   BY MR. NEARY:  Any employees at Assurant, Inc --

16          MR. KEMP:   Vague and ambiguous, overbroad.

17          MR. CLAYMAN:   Join.

18      Q.   BY MR. NEARY:  -- providing lender-placed

19  insurance?

20      A.   Restate the question.

21      Q.   Sure.  Does anyone at Green Tree have any

22  involvement or contact with people at Assurant,

23  Incorporated, regarding the lender-placed insurance

24  business?

25      A.   So you're referring to all of the Assurant or --