# E
# X
# H
# I
# B
# I
# T

# D

# ASSURTRACK™ SERVICES AGREEMENT



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



ARIC_CIRCEOLOUDOUN0000064



CONFIDENTIAL



CONFIDENTIAL

ARIC_CIRCEOLOUDOUN0000066



CONFIDENTIAL



CONFIDENTIAL

ARIC_CIRCEOLOUDOUN0000068





CONFIDENTIAL

ARIC_CIRCEOLOUDOUN0000051



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



M0000073.M-8/94                                    - 1 -                                    072114-cp

C3111b-0611

CONFIDENTIAL                                        Green Tree/Circeo 002464



M0000073,M-8-94                                     -2-                                          072114-cp

C3111b-0611
CONFIDENTIAL                                                        Green Tree/Circeo 002465