# EXHIBIT L

Page 1

```
 1              UNITED DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
 2
              CASE NO. 1:14-cv-21384
 3
     RENATA CIRCEO-LOUDON and
 4   LOUIS J. CIRCEO, on behalf
     of themselves and all others
 5   similarly situated,
 6         Plaintiffs,
 7   vs.
 8   GREEN TREE SERVICING, LLC,
     GREEN TREE INSURANCE AGENCY, INC.,
 9   ASSURANT, INC., and AMERICAN RELIABLE
     INSURANCE COMPANY,
10
           Defendants.
11
     _____
12
13            (Volume 1 Pgs. 1-104)
14                 DEPOSITION OF
15                 BRIAN TRIBBLE
16        Taken on Behalf of the Plaintiffs
17
18       DATE TAKEN: Wednesday, June 10, 2015
         TIME:       9:30 a.m. - 11:50 a.m.
19       PLACE:      Miami Tower - Suite 4200
                     100 S.E. Second Street
20                   Miami, Florida
21
         Examination of the witness taken before:
22
              Beatriz Valdes-Prieto, FPR
23            Veritext Legal Solutions
              One Biscayne Tower - Suite 2250
24            2 S. Biscayne Boulevard
              Miami, Florida 33131
25
```

```
                                                       Page 33
 1      Q.   Was any of that revenue shared with ARIC in
 2 any manner?
 3      A.   No.
 4      Q.   Did ARIC provide any type of services to
 5 Green Tree beyond the writing of the LPI insurance?
 6      A.   No.  All of those services were provided by
 7 American Bankers Insurance Company.
 8      Q.   And do you know all of the services that
 9 were provided by American Bankers?
10      A.   I have a general idea of the services being
11 provided, yes.
12      Q.   Okay.  And can you give them to me?
13      A.   Yes.  So we receive documents,
14 insurance-related documents forwarded to us.  We
15 process those documents within the tracking system,
16 AssurTrack.  We send follow-up letters to those
17 borrowers that do not show proof of insurance or don't
18 show adequate proof of insurance.  We process premium
19 payments.  We cancel policies due to the fact that
20 insureds may already have insurance.  We would handle
21 a level of customer service.  We would handle auditing
22 related to audit requests from Green Tree related to
23 the services being provided.  We make outbound calls
24 for agents to verify that insurance has been procured.
25 We would be providing also IT support functions
```

Page 34

1  between the systems.  We would also be providing
2  compliance support.  We would be providing the actual
3  insurance product for placement.  We also perform
4  escrow functions that may consist of calculating the
5  amount of premium that's actually owed by the
6  insureds, receiving all the bills from insurance
7  companies that are -- have outside insurance.  Sending
8  files back to Green Tree that would request check
9  disbursements, or, in some cases even disburse the
10 checks from our own account.  We would handle a level
11 of customer service related to the escrow processing.
12 Do you need more?
13      Q.   If you can think of any more.
14      A.   I mean, that's -- that's a big piece of it.
15      Q.   Okay.  Are you aware of any -- let me back
16 up.  Do you know what new loan boarding refers to?
17      A.   Yes.
18      Q.   Does American Bankers or any of the
19 Assurant entities provide that service for Green Tree?
20      A.   Yes.
21      Q.   In what manner do they provide new loan
22 boarding?
23      A.   When Green Tree acquires a portfolio, we
24 receive a file and information related to that file
25 that have the loan information of the borrower in









Page 105

```
                UNITED DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA

                CASE NO. 1:14-cv-21384

RENATA CIRCEO-LOUDON and
LOUIS J. CIRCEO, on behalf
of themselves and all others
similarly situated,
     Plaintiffs,
vs.
GREEN TREE SERVICING, LLC,
GREEN TREE INSURANCE AGENCY, INC.,
ASSURANT, INC., and AMERICAN RELIABLE
INSURANCE COMPANY,

     Defendants.
_____


              (Volume 2 Pgs. 105-252)
                 DEPOSITION OF
                 BRIAN TRIBBLE
          Taken on Behalf of the Plaintiffs

     DATE TAKEN: Wednesday, June 10, 2015
     TIME:       1:00 p.m. - 4:40 p.m.
     PLACE:      Miami Tower - Suite 4200
                 100 S.E. Second Street
                 Miami, Florida

     Examination of the witness taken before:

           Beatriz Valdes-Prieto, FPR
           Veritext Legal Solutions
           One Biscayne Tower - Suite 2250
           2 S. Biscayne Boulevard
           Miami, Florida 33131
```



Page 152





Page 173





Page 190

Page 191





Page 192

