UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 14-21384-CIV-MORENO

RENATA CIRCEO-LOUDON et al.,

    Plaintiffs,

vs.

GREEN TREE SERVICING, LLC et al.,

    Defendants.
_____/

## ORDER DENYING ORIGINAL MOTION FOR CLASS CERTIFICATION AS MOOT

THIS CAUSE came before the Court upon a sua sponte review of the record. In view of the Plaintiffs' Corrected Motion for Class Certification (D.E. 93), filed on July 15, 2015, it is

ADJUDGED that the Plaintiffs' original Motion for Class Certification (D.E. 85) is DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of August, 2015.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record