UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-cv-21384

RENATA CIRCEO-LOUDON, LOUIS J.
CIRCEO, DELORES SANTOS FAVELA,
CARLENE LONGEST, JUNXIU CAI, and
LIEFEN CAI on behalf of themselves and all
others similarly situated,

      Plaintiffs,

vs.

GREEN TREE SERVICING, *et. al.*

      Defendants.
_____/

## NOTICE OF NON-APPEARANCE OF OBJECTOR LORI JARRETT

Counsel for Objector Lori Jarrett respectfully notifies this Honorable Court of counsel's inability to attend the Final Approval Hearing in the above-reference matter on May 12, 2016. Specifically, the undersigned counsel resides in Massachusetts, and has family obligations which prevents his attendance at the hearing.

Respectfully, the undersigned requests this Honorable Court to consider the objections filed by Ms. Jarrett and others.

      *Respectfully Submitted.*

      */s/ David D. Dishman*
      David D. Dishman, Esq.
      Law Offices of David Dishman, P.C.
      224 Lewis Wharf
      Boston, MA 02110
      (617) 523-5252
      david@ddishmanlaw.com

Andrew Y. Winston, Esq.
THE WINSTON LAW FIRM
2924 Davie Road, Suite 201
Fort Lauderdale, Florida 33314
(954) 475-9666
awinston@WinstonLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

| | |
|---|---|
| Clerk of the United States District Court for the Southern District of Florida 400 North Miami, 8th Floor Miami, FL 33128 | Adam M. Moskowitz, Esquire Kozyak, Tropin, & Throckmorton, P.A. 2525 Ponce de Leon Blvd., 9th Floor Coral Gables, FL 33134 |
| Frank G. Burt, Esquire Carlton Fields Jorden Burt, P.A. 1025 Thomas Jefferson St., NW, Suite 400 East Washington, DC 20007 | John B. Sullivan, Esquire Severson & Werson One Embarcadero Center, Suite 2600 San Francisco, CA 94111 |

*/s/ Andrew Y. Winston*