UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 14-21384-CIV-MORENO

RENATA CIRCEO-LOUDON and LOUIS J.
CIRCEO, on behalf of themselves and all others
similarly situated,

       Plaintiffs,

vs.

GREEN TREE SERVICING LLC, GREEN
TREE INSURANCY AGENCY, INC., and
AMERICAN RELIABLE INSURANCE
COMPANY,

       Defendants.
_____/

## ORDER RESETTING HEARING ON MOTION FOR
## FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT

THIS CAUSE came before the Court upon Class Counsel's Motion for Final Approval of the Class Action Settlement **(D.E. 128)**, filed on **March 28, 2016**, the Green Tree Defendants' Request to Hold the Entry of an Order Approving the Class Action Settlement in Abeyance **(D.E. 150)**, filed on **May 10, 2016**, and the hearing that took place in Open Court on **May 12, 2016**. In light of the fact that final approval of the class action settlement in this case cannot be granted—if it is to be granted at all—until "certain state and federal officials" have had an adequate opportunity to object to the settlement, it is hereby

**ADJUDGED** that the hearing on Class Counsel's Motion for Final Approval of the Class Action Settlement is **RESET** for **August 30, 2016 at 2:30 p.m.** The hearing shall take place before the undersigned United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 13-3, 400 North Miami Avenue,

Miami, Florida 33128. Counsel shall be prepared to address all pending matters that the Court has not referred to a magistrate. It is further

**ADJUDGED** that if N. Albert Bacharach, Jr.—having appeared at the May 12th hearing on behalf of Mary McNair, who objects to the settlement—decides to appear at the August 30th hearing, then the Green Tree Defendants are **REQUIRED** to pay the reasonable expenses related to Mr. Bacharach's appearance at that hearing.

DONE AND ORDERED in Open Court at Miami, Florida, this _____ of May 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record